JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ELVIA AGUAYO and JOSE SANCHEZ,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-01585-SB-RAO<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

The Court has received the parties' stipulated dismissal. Dkt. No. 12. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the case is dismissed without prejudice.

Date: April 2, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge